B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Christina M. Pennell**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> *Chase Auto Finance* | **Describe Property Securing Debt:** <br> *Security interest and lien on 2007 Jeep Compass* |
|---|---|

Property will be (check one):  
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt     ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> *Wells Fargo Bank, NA* | **Describe Property Securing Debt:** <br> *First mortgage lien on residential real property located at 900 Gulliver Drive, Columbus, Ohio 43207* |
|---|---|

Property will be (check one):  
■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt     ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** <br> *-NONE-* | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES    ☐ NO |
|---|---|---|

B8 (Form 8) (12/08)     Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **July 20, 2013**     Signature **/s/ Christina M. Pennell**
                                                                                        **Christina M. Pennell**
                                                                                        Debtor